UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32834 |
|---|---|
|     TERRENCE MAURICE BLEEN | (Chapter 13) |
|     ANGELITA DORRAINE BLEEN | |
|                                             Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010632**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 3 | NATIONAL CITY MORTGAGE<br>BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | 749.59 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/29/2010

Certificate of Service          06-32834

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TERRENCE MAURICE BLEEN
ANGELITA DORRAINE BLEEN
136 VALLEYVIEW DRIVE
DAYTON, OH  45405

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(52.1n)
ALICE WHITTEN
AMERICREDIT
BOX 183853
ARLINGTON, TX  76096

(3.3)
MCCALLA RAYMER LLC
NATIONAL BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(3.1)
NATIONAL CITY MORTGAGE
BANKRUPTCY DEPT
3232 NEWMARK DR
MIAMISBURG, OH  45342

(51.1n)
NATIONAL CITY MORTGAGE
C/O MCCALLA RAYMER LLC
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(49.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner          sv